

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### ROCK HILL DIVISION

| | | |
|---|---|---|
| EX REL- TERRANCE GRIFFIN, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 0:23-4086-MGL |
| | § | |
| RYSHEMA DAVIS, BETTY SMITH, BRIAN | § | |
| KENDALL, JONATHAN NANCE, F.S.S. | § | |
| SIMONS, F.S.S. JAY, F.S.S. GORE, and F.S.S. | § | |
| ALSTON, | § | |
| Defendants. | § | |

## ORDER ADOPTING THE REPORTS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR A PRELIMINARY INJUNCTION AND DEFAULT JUDGMENT

Plaintiff Terrance Griffin brings this action against the above-named Defendants. Although he is presently representing himself, the Court is currently seeking to appoint pro bono counsel for him.

The matter is before the Court for review of two Reports and Recommendations of the United States Magistrate Judge. In Report 1, the Magistrate Judge suggests Griffin's motion for a preliminary injunction be denied; and in Report 2, she recommends his motion for default judgment be denied. The Reports were made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo

determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions.  28 U.S.C. § 636(b)(1).

The Magistrate Judge filed both Reports on February 24, 2026, but Griffin failed to file any objections.  "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72  advisory committee's note).  Moreover, a failure to object waives appellate review.  *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the two Reports and the record in this case pursuant to the standard set forth above, the Court adopts the Reports, and incorporates them herein.  It is therefore the judgment of the Court Griffin's motions for a preliminary injunction and default judgment are both **DENIED**.

**IT IS SO ORDERED**.

Signed this 26th day of March, 2026, in Columbia, South Carolina.

> /s/ Mary Geiger Lewis
> MARY GEIGER LEWIS
> UNITED STATES DISTRICT JUDGE

**\*\*\*\*\***

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.